

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2015

No. 04-13-00550-CV

Randy K. **SMITH**,
Appellant

v.

Lawrence **REID**, Royce Reid, Jennifer Heath and THL GP Inc.,
Appellees

From the 63rd Judicial District Court, Edwards County, Texas
Trial Court No. 3798
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

On February 5, 2015, the appellant filed a motion for en banc reconsideration. The Court requests that the appellees file a response on or before **March 19, 2015**. *See* TEX. R. APP. P. 49.2.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court